IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO JOAQUIN OLIVAS,<br><br>    Petitioner,<br><br>  v.<br><br>MIKE MARTEL, Warden,<br><br>    Respondent. | No. C 11-0499 JSW (PR)<br><br>**ORDER DENYING MOTION TO STAY PETITION WITHOUT PREJUDICE**<br><br>(Docket No. 5) |

Petitioner, a prisoner of the State of California, filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the constitutionality of his state conviction. Respondent was ordered to show cause why the petition should not be granted based on the four cognizable claims set forth therein. Petitioner filed a motion to stay the petition to allow him to exhaust additional claims in state court. The motion was denied because Petitioner did not identify the claims he wishes to exhaust, show that they are potentially meritorious, or show good cause for his failure to exhaust them prior to arriving in federal court, as required by the United States Supreme Court in *Rhines v. Webber* 544 U.S. 269, 278-79 (2005). The motion was denied without prejudice to filing another such motion that makes the showing required in *Rhines*. Petitioner has filed a renewed motion for a stay in which he identifies the claims he wishes to exhaust and shows that they are potentially meritorious. His renewed motion still does not explain why he did not exhaust these claims prior to filing his federal petition, let alone show good cause for his failure to do so. Consequently, his renewed motion for a stay (docket number 8) is DENIED without prejudice to filing another such motion that makes the showing required in

*Rhines*.

Good cause appearing, Respondent's motion for an extension of time, to and including **August 26, 2011**, in which to file an answer (docket number 7) is GRANTED. If he wishes to file a traverse, Petitioner must do so on or before **September 26. 2011**.

IT IS SO ORDERED.

DATED: July 15, 2011

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PEDRO JOAQUIN OLIVAS,

    Plaintiff,

 v.

MIKE MARTEL et al,

    Defendant.
                                   /

Case Number: CV11-00499 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pedro Joaquin Olivas
F92862
Mule Creek State Prison
P.O. Box 409040
Ione, CA 95640

Dated: July 15, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk