IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO JOAQUIN OLIVAS,<br><br>Petitioner,<br><br>v.<br><br>MIKE MARTEL, Warden,<br><br>Respondent._____/ | No. C 11-0499 JSW (PR)<br><br>**ORDER DENYING PENDING MOTIONS**<br><br>(Docket Nos. 17-19) |

Petitioner's motions for an extension of time to file a traverse, for appointment of counsel, and to supplement his petition (docket numbers 17-19) are DENIED as moot in light of the Order of September 19, 2011.

IT IS SO ORDERED.

DATED: October 26, 2011

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PEDRO JOAQUIN OLIVAS,

        Plaintiff,

  v.

MIKE MARTEL et al,

        Defendant.

Case Number: CV11-00499 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pedro Joaquin Olivas
F92862
Mule Creek State Prison
P.O. Box 409040
Ione, CA 95640

Dated: October 26, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk