IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO JOAQUIN OLIVAS,<br><br>    Petitioner,<br><br>  v.<br><br>MIKE MARTEL, Warden,<br><br>    Respondent.<br>_____ / | No. C 11-0499 JSW (PR)<br><br>**ORDER DENYING PENDING MOTIONS**<br><br>(Docket Nos. 17-19) |

    Petitioner's motions for an extension of time to file a traverse, for appointment of counsel, and to supplement his petition (docket numbers 17-19) are DENIED as moot in light of the Order of September 19, 2011.

    IT IS SO ORDERED.

DATED: October 26, 2011

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO JOAQUIN OLIVAS,<br><br>    Plaintiff,<br><br>v.<br><br>MIKE MARTEL et al,<br><br>    Defendant. | Case Number: CV11-00499 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pedro Joaquin Olivas
F92862
Mule Creek State Prison
P.O. Box 409040
Ione, CA 95640

Dated: October 26, 2011

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk